Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

) Case No. _____
) *(to be filled in by the Clerk's Office)*
)
)
**Plaintiff(s)**
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Jury Trial: *(check one)* [ ] Yes  [ ] No

-v-

**Defendant(s)**
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

## COMPLAINT FOR A CIVIL CASE

I. The Parties to This Complaint

  A. The Plaintiff(s)

  Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

  Name: CHOSEN ONE JAMES ANASTASIA' MI MA' NI ROMANOVAH
  Street Address: 33 PERRIN ST #310
  City and County: BOSTON MASS 02119
  State and Zip Code: Heavenly Holy Host Post Office US Fields Corner 02122
  Telephone Number: 857 250 6589
  E-mail Address: 789JANASTASIA@gmail.com

  B. The Defendant(s)

  Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed. I've never been NAPOlian, Hister, or THE GREAT SATAN Sterophone, I arrived as a Birdarling at Carney Hospital from Mrs Mamie Iris Coleman DR G&AE was the delivering DR on 2/5/55 I lived at 3 Humbolt Ave, Ottowah St, 5 Rand St and 10 Julian St my mother Princess Anastasia Romanova returned to me at 16 Julian St. I was with her during 2 Russian

I have corresponded with Anna of Greece and need my funds for misuse of my stereo phones. Then met her in Greece we traveled in a Greek caravan when arriving in Belize Costa Rica Mr Hoover Director of the FBI and I.P. officers granted me leave to come to the United States. She was late due to her brother Albert Anastasia' funeral in New York and helped me with my memory with Tarot cards with her picture on them and a picture of our royal family taken in a shoe with some standing and others waving at me in a window on the shoe Black Jack Buxcar was her husband in France she had been in prison at death camps Astawich and Buckwald she gave me the numbers to bury and I was to get the Train from Switzerland where hister had hidden them upon the murder of the Jewish populations and she hated him as I did also. Senator Bill Owens filed a reparations bill as Senator of Massachusetts he killed a man and was arrested sent to prison and lost his rights as a citizen and his bill was matt's DR Gore, DR Powers and DR Jaffee saw me often. I was hated diagnosed at Mass General Hospital after DR Craig a medical Doctor at MGH Brigwater said I had rare deasease called Tic delor nex. DR William Sweet a Neurosurgeon Chief with offices in West Baden Germany and Rome confirmed this and said DR Michael Nustradamus 1st Diagnosed this rare deasease and about 10 percent of the population on this planet suffered from this and I was the youngest. I Am the father of Jesus and protect the Holy Throne before the world universe was made. My Teacher Miss Leonard from Liningrad Russia told me if I'm not picked by Goddess design a flag and woe be unto me Isis. Mr Colin was my Principal at the Sarah J Baker shool where I now live. MR James Harden Johnson and his father were members of the Synogouge of Satan with George Bush and Black Muslims calling themselves lords of the earth I was married in July, August 1963 at Saint John Pauls church on Blue hill Ave and Wood cliff St, they are responsable for murdering nuns and priest of the Catholic church

I am the sole designer of the Glorious Chosen one Flag of the United States of America and the Chosen one Flag registered in the Church of Allah resistered in the Church of

**Defendant No. 1**
Name: George Bush, Donald Trump
Job or Title (if known): President
Street Address: My Brother Anastasia/Alphonse Capone went to Alcatraz for 11 yrs for TAX EVASION and suffered brain damage after a beating on the rock pile he died 1947 during Rosewell 1947 visits.

**Defendant No. 2**
Name: Don. Muhamad AKA Donald Sadberry

Said he would show Black people they don't have to pay taxes.

**Defendant No. 3**
Name: Barak Obama AKA Barry Soweto

**Defendant No. 4**
Name: Louis Farakhan AKA Louis Walcott
Street Address: Black Panther field marshalls
City and County: Black Liberation Army AKA
State and Zip Code: Uninted States
Telephone Number: Black May May AKA Zulu

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[ ] Federal question          [✓] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual NO Brothers
       The plaintiff, (name) CHOSEN ONE JAMIMA'NIR , is a citizen of the State of (name) EARTH UNIVERSE - PLANET AQUARIUS
       Homeless MINISTER Anthund

    b. If the plaintiff is a corporation
       The plaintiff, (name) _____ , is incorporated under the laws of the State of (name) COUNTRYS ON THIS PLANET ,
       and has its principal place of business in the State of (name) NY NEW JERSY RUSSIA SWITZERLAND CHINA ITALY BOSTON MASS
       I my OWN Individual Chief of Chiefs of ARCH Angels

       *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*
       ARC
       Angels
       of my
       CORNER
       STONE

2. The Defendant(s)

    a. If the defendant is an individual
       The defendant, (name) GLORIOUS CHOSEN ONE , is a citizen of the State of (name) HEAVEN/yeushuah Holy Host Or is a citizen of (foreign nation)

Page 3 of 5

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

    b.     If the defendant is a corporation THE I C TITTE METITE

The defendant, *(name)* THRONES , is incorporated under

the laws of the State of *(name)* I C TITES ME TITES , and has its

principal place of business in the State of *(name)* THRONES .

Or is incorporated under the laws of *(foreign nation)* from the HITTES,

and has its principal place of business in *(name)* that excaped from

This Planet. HITTITE Prince gave son

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)* Jesus, whos name was Emanuel meaning GOD is with us. THE TOMB he rested

3. The Amount in Controversy 3 DAYS with GODDESS ISIS - EYGPT

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake-is more than $75,000, not counting interest and costs of court, because *(explain)*:

GODDESS ATHENA, GODDESS Sophia - Greek

GODDESS EASTERawel - EASTER Island

Showed thier honor by not Letting

III. Statement of Claim Light from Sun or Moon be seen for

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

3 days

IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I had ATM Juke box for citizens bank put outside Bank and garranteed no robberys for A. decade. In which I slept inside Dudley Station and was just given an apt after the destruction of my property at 10 Julian ST

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

The UNINTED WAY COMPUTERS that COMMUNICATED ON EARTH UNIVERSE were removed from 16 Julian ST during 1960 - 1980.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

*Chosen One Ja'mima'NIR*

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 1/11/23 G — 1/11/24

Signature of Plaintiff: OUR New year begins 2/5 and 5/1

Printed Name of Plaintiff: CHOSEN ONE JAMES ANASTASIA 'mima' NIR omania

### B. For Attorneys

I'm unable to reach attorneys JAMES and BRUCE CUTLER in N.Y.

Date of signing: OR CAROL BUNIAR ONNASIS MARIA BUNIAR ONNASIS MARIAH CAREY JAMIMANI CROATIAN Rodina

Signature of Attorney: AND MAYOR Michelle Wu JAMIMANI

Printed Name of Attorney: sent here to help me + Relates to the

Bar Number: Princess Goddess time we now live and

Name of Law Firm: sent me notice at my Heavenly

Street Address: Host Address at Fields Corner Post

State and Zip Code: office 02122 AND I missed the

Telephone Number: open house meeting she had set up to

E-mail Address: help AGE Strong resident who needed to communicate with internet relations world wide they told me this morning that its over